STATE OF CONNECTICUT *v.* LUIS CABALLERO

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 486 (AC 16007), is denied.

*Tara L. Knight,* special public defender, in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided October 22, 1998

STATE OF CONNECTICUT *v.* ANTONIO RIGUAL

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 420 (AC 16019), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had not improperly denied the defendant's request to provide a race-neutral explanation for its peremptory challenge of a venireperson of Portuguese descent?"

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16026.

*G. Douglas Nash,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 22, 1998